

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2015

No. 04-14-00858-CV

**IN THE INTEREST OF DM**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01692
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

The State's brief was originally due on March 5, 2015. On March 4, 2015, the State filed its first request for an extension of time, requesting an additional twenty days. The State's motion is GRANTED. The State's brief is due to be filed with this court *no later than March 25, 2015*. *Absent extenuating circumstances, no further extensions will be given.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of March, 2015.



_____
Keith E. Hottle
Clerk of Court